# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**AMY LOGISTICS, LLC**                                           **PLAINTIFF**

v.                      No. 3:19-cv-166-DPM

**GREAT WEST CASUALTY COMPANY**            **DEFENDANT**

## JUDGMENT

The amended complaint is dismissed with prejudice. The Court retains jurisdiction until 31 July 2019 to enforce the parties' settlement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 July 2019